# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   CALIFORNIA

—oOo—

**FILED**
MAR 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES OF AMERICA

v.

DONNY EUGENE MOWER

(Name and Address of Defendant)

**SEALED**

**CRIMINAL COMPLAINT**

CASE NUMBER:
1:11 MJ 00043   GSA

I, the undersigned complainant state that the following is true and correct to the best of my, knowledge and belief. On or about **September 2, 2010** in **Madera** County, in the Eastern District of California defendant did

▸ Count One: Maliciously damage or destroy and attempt to damage or destroy, by means of fire or an explosive, any building used in or affecting interstate commerce or in any activity affecting interstate commerce, namely, the Madera Planned Parenthood clinic

in violation of **Title 18**, United States Code, Section **844(i), and**

▸ Count Two: Intentionally damage or destroy the property of a facility, namely, the Madera Planned Parenthood clinic, or attempt to do so, because such facility provides reproductive health services

in violation of **Title 18**, United States Code, Section **248(a)(3)**.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Complaint is based on the following facts:

▸ **SEE "ATTACHMENT A"**

Continued on the attached sheet and made a part of this complaint:  **X**

_____
Signature of Complainant Special Agent Robert B. Schofield
Federal Bureau of Investigation

Sworn to before me, and signed in my presence
March 8, 2011                                  at    Fresno,          California

Date                                                        City              State

Honorable ~~Dennis L. Beck~~ Gary S. Austin   US Magistrate

Name of Judge: Gary S. Austin   Title of Judge: US Mgst Judge   Signature of Judge: _____

# ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT

I, Robert B. Schofield, Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, do depose and state:

1. I am a Special Agent ("SA") of the FBI and have been so employed since December, 2004. Since 2004, I have been assigned to investigate criminal matters including white collar crimes, health care fraud, investment fraud, and civil rights crimes. I received training from the FBI regarding investigating these criminal matters.

2. This affidavit is submitted in support of a request that a complaint be issued for Donny Eugene MOWER, charging him with violations of Title 18, United States Code, Section 844 (i): maliciously damaging or destroying, or attempting to damage or destroy, by means of fire or an explosive, any building or personal property used in or affecting interstate commerce; and Title 18, United States Code, Section 248(a)(3): intentionally damaging the property of a facility providing reproductive health services.

## FACTS AND CIRCUMSTANCES

3. On August 18, 2010, a sign was placed in front of Masjid Madera (Madera Islamic Center), a mosque located at 16634 Road 26, Madera, California, which read, "No temple for the god of terrorism at ground zero. ANB"

4. On August 20, 2010, a sign was placed in front of the Madera Planned Parenthood clinic, 500 East Almond Avenue #1, Madera, California, which read, "Murdering children? That is your choice? Reap your reward. ANB". On that same date, a brick was thrown at the front of the Madera Islamic Center, causing minor surface damage to the building's stucco.

5. On August 24, 2010, two more signs were placed in front of the Madera Islamic Center, which read, "Wake up America, the enemy is here ANB" and "American Nationalist Brotherhood." The Madera County Sheriff's Department processed the cardboard for latent fingerprints and successfully lifted a fingerprint from the cardboard.

6. On August 26, 2010, a paper sign was taped to the public entrance at the Madera courthouse that read, "Wake up America, the enemy is here ANB."

1

7. On August 27, 2010, a note was taped to the back door of the Madera Sheriff's Office, appearing to define "ANB". The sign read, "ANB is AMERICAN nationalist, not white nationalist, black nationalist, or any other racist motivated group. The signs posted, the things to come, and yes even the brick, are not hate motivated, but rather messages. The (sic) are the voices of us who refuse to allow America to continue to be torn down brick by brick. Notice also, that the mosque was not the only target of choice. We are here to revive American pride, which has been dampened by a lot of things. The rise of Islam in America, despite 9/11; the sickening number of murdered children since 1973, hidden behind the guise of "abortion" or "choice"; the abomination of homosexuality being rewarded, while those who chose natural relationships are bigots. These and so many more are (sic) the hate crimes, they hit America with a sucker punch... isn't it time that someone hit back?".

8. On August 30, 2010, another sign was placed at the Madera Planned Parenthood clinic, the text of which was identical to the signs posted at the Madera County Sheriff's Office on August 27, 2010.

9. On September 2, 2010, the same Madera Planned Parenthood clinic was firebombed using an explosive device. At approximately 1 a.m., a Molotov cocktail-type device was thrown through a window at the Madera Planned Parenthood clinic. A sign was also left at the Madera Planned Parenthood clinic stating, "Murder our Children? We have a 'choice' too. Let's see if you can burn just as well as your victims. ANB". The clinic sustained fire and smoke damage from the destructive device and was forced to cease operating for two days.

10. On September 8, 2010, four paper notes were found taped to the windows of the Madera United Methodist Church, 500 Sunset Avenue, Madera, California, which read, "Homosexual pastors? Is this a Christ honoring church or are you awakening the spirit of Sodom and Gommorah? Search yourselves. ANB."

11. On September 10, 2010, five paper notes were found taped to stop signs at separate intersections in and around Madera, California. Each of these signs read, "Have we forgotten 9/11/01? They say we commit hate crimes, but we love this country. Which side will you be on? ANB"

12. On September 11, 2010, a paper note was found taped to a stop sign in Madera, California, which read, "Illegal drugs have no place in our country. Dealers be warned, you destroy a family, we destroy yours. ANB"

13. On September 13, 2010, a paper note was found taped to a stop sign which read, "Drug dealers... don't let us catch you in our neighborhoods. ANB"

14. Other similar notes were also found on numerous instances. All of the notes were found within the boundaries of Madera County and all referenced the group ANB. The majority of the signs posted were typed and printed on a computer on a standard 8 ½" x 11" sheet of paper. All but two of the printed signs were posted using blue painter's tape. The only signs not utilizing the blue painters tape were the two signs placed at the mosque on August 24, 2010.

15. On September 14, 2010, the California Department of Justice received a positive hit on a latent fingerprint lifted from the cardboard sign left at the Madera Islamic Center on August 24, 2010. The fingerprint found on the cardboard matched that of Donny Eugene MOWER.

16. On January 12, 2011, your Affiant and SA Glen Bartolomei interviewed MOWER at his residence. During the interview, MOWER admitted that he was "ANB" and that he had typed and distributed over fifty letters and signs throughout Madera relating to "ANB." Mower admitted creating all of the signs placed at the Madera Islamic Center and the Madera Planned Parenthood clinic, but admitted placing only the typewritten signs at those locations. He admitted he used blue painters tape to affix the signs. However, he denied any involvement in the firebombing incident at the Madera Planned Parenthood clinic. He also denied throwing a brick at the Madera Islamic Center. Mower claimed to have a "buddy" who was helping him, however, he refused to provide a name or accurate description. Mower claimed that he used the computer equipment at the Chowchilla Union High School District where he works to make the signs.

17. MOWER was interviewed for a second time on January 19, 2011. MOWER again admitted that he and another individual were "ANB", but continued to deny that he had thrown an incendiary device into the Madera Planned Parenthood clinic or a brick at the Madera Islamic Center. MOWER admitted that he created the handwritten signs found at the Madera Islamic

1　Center, but denied placing the sign at the mosque. MOWER could not, or would not, identify his
2　"buddy" involved in ANB.

3　　　　18. On January 21, 2011, MOWER contacted Special Agent Bartolomei and asked to
4　speak with agents regarding the ANB case. During an interview with your Affiant, MOWER
5　confessed that he was "ANB," and that he was acting alone. MOWER admitted throwing a brick
6　at the Madera Islamic Center. MOWER also confessed to throwing an explosive through the
7　window of the Madera Planned Parenthood clinic on September 2, 2010. Mower stated that,
8　during the evening of September 1, 2010 and early morning hours of September 2, 2010, while
9　working a late shift at the high school, he constructed a Molotov cocktail from cloth that he had
10　soaked in diesel fuel and stuffed into a beer bottle. He acknowledged driving to the Madera
11　Planned Parenthood clinic at approximately 1:30 a.m. and taping the sign onto the Planned
12　Parenthood sign at the clinic entrance. MOWER admitted that he then lit the Molotov cocktail
13　and threw it through a randomly chosen ground floor window of the Planned Parenthood clinic,
14　and drove home. MOWER further admitted to creating and placing all signs labelled ANB.
15　MOWER admitted throwing the Molotov cocktail at the Madera Planned Parethood clinic and
16　leaving signs at the clinic because he knew it provided reproductive reproductive health services
17　and he was against abortion.
18　///
19　///
20　///
21　///
22　///
23　///
24　///
25　///
26　///
27　///
28　///

4

19. Based on the preceding facts, I believe that there is probable cause to believe that DONNY EUGENE MOWER maliciously damaged or attempted to destroy, by means of fire or an explosive, a building used in or affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i) and intentionally damaged the property of a facility providing reproductive health services in violation of Title 18, United States Code, Section 248(a)(3).

_____
Robert B. Schofield
Special Agent
Federal Bureau of Investigation

Sworn and Subscribed before me on
March __8__, 2011

_____
Honorable ~~Dennis L. Beck~~ Gary S. Austin
United States Magistrate Judge

5