

```
 1 | BENJAMIN B. WAGNER
     United States Attorney
 2 | ELANA S. LANDAU
     Assistant U.S. Attorney
 3 | 2500 Tulare Street
     Fresno, California 93721
 4 | Telephone: (559) 497-4000
 5 |
 6 |
 7 |         IN THE UNITED STATES DISTRICT COURT FOR THE
 8 |                EASTERN DISTRICT OF CALIFORNIA
 9 |
10 |
11 | UNITED STATES OF AMERICA,    )   Case No: 1:11-MJ-43 GSA
                                  )
12 |              Plaintiff,      )
                                  )   ORDER TO UNSEAL COMPLAINT
13 |       v.                     )
                                  )
14 |                              )
     DONNY EUGENE MOWER,          )
15 |                              )
                 Defendant.       )
16 |                              )
17 | _____    )
18 |      Upon application of the United States of America and good cause
19 | having been shown,
20 |      IT IS HEREBY ORDERED that the criminal complaint in the above-
21 | captioned proceeding be and is hereby unsealed.
22 |
23 | Date: March 10, 2011
                                      _____
24 |                                   Honorable Dennis L. Beck
                                       United States Magistrate Judge
25 |
26 |
27 |
28 |
```