1 DANIEL J. BRODERICK, #89424
Federal Defender
2 MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
6 DONNY EUGENE MOWER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-mj-00043 GSA |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE PRELIMINARY ) HEARING DATE; ORDER |
| v. | ) |
| DONNY EUGENE MOWER, | ) Date: May 13, 2011 ) Time: 1:30 P.M. |
| Defendant. | ) |

Defendant, Donny Eugene Mower, having been advised of his speedy trial rights pursuant to 18 U.S.C. § 3161(b), hereby waives time for a preliminary hearing within the time period set forth therein. Pursuant to said waiver, **IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the preliminary hearing in the above-captioned matter now scheduled for April 22, 2011 may be continued to May 13, 2011 at 1:30 P.M. to allow the parties additional time for plea negotiation prior to hearing. Assistant United States Attorney Elana Landau has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///

| | |
|---|---|
| 1 | The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in |
| 2 | that the ends of justice served by the continuance outweigh the best interest of the public and the defendant |
| 3 | in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the |
| 4 | reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |

BENJAMIN B. WAGNER
United States Attorney

DATED: April 19, 2011                By  /s/ Elana Landau
                                          ELANA LANDAU
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 19, 2011                By  /s/ Melody M. Walcott
                                          MELODY M. WALCOTT
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          DONNY EUGENE MOWER

**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 19, 2011**            /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE