| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MELODY M. WALCOTT, Bar #219930 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DONNY EUGENE MOWER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-mj-00043 GSA |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE PRELIMINARY |
| | ) | HEARING DATE; ORDER |
| v. | ) | |
| | ) | |
| DONNY EUGENE MOWER, | ) | Date: July 7, 2011 |
| | ) | Time: 1:30 P.M. |
| Defendant. | ) | Judge: Hon. Sandra M. Snyder |
| | ) | |

Defendant, Donny Eugene Mower, having been advised of his speedy trial rights pursuant to 18 U.S.C. § 3161(b), hereby waives time for a preliminary hearing within the time period set forth therein. Pursuant to said waiver, **IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the preliminary hearing in the above-captioned matter now scheduled for May 13, 2011 may be continued to July 7, 2011 at 1:30 P.M. to allow the parties additional time for plea negotiation prior to hearing. Assistant United States Attorney Elana Landau has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

| | | |
|---|---|---|
| 1 | The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in | |
| 2 | that the ends of justice served by the continuance outweigh the best interest of the public and the defendant | |
| 3 | in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the | |
| 4 | reasonable time necessary for effective preparation, taking into account the exercise of due diligence. | |

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: May 11, 2011                                By  /s/ Elana Landau
                                                              ELANA LANDAU
                                                              Assistant United States Attorney
                                                              Attorney for Plaintiff

                                                              DANIEL J. BRODERICK
                                                              Federal Defender

DATED: May 11, 2011                                By  /s/ Melody M. Walcott
                                                              MELODY M. WALCOTT
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              DONNY EUGENE MOWER

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   May 12, 2011**                    **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE